1

2

3

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

5

6   KEVIN RAY GARRIS,

7                              Petitioner,        Case No. C15-0974 RSM

8         v.

9   SCORE JAIL,                                   ORDER DISMISSING FEDERAL
                                                  HABEAS ACTION

10                             Respondent.

11

12          The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and

13   Recommendation of Mary Alice Theiler, United States Magistrate Judge, the remaining record,

     and no objections having been filed, does hereby find and ORDER:

14

15          (1)    The Court adopts the Report and Recommendation;

16          (2)    Petitioner's application to proceed *in forma pauperis* (Dkt. 4) is DENIED, and

     this federal habeas action is DISMISSED with prejudice; and

17

18          (3)    The Clerk is directed to send copies of this Order to petitioner and to the

     Honorable Mary Alice Theiler.

19

20          DATED this 14th day of August 2015.

21

22                                        _____
                                          RICARDO S. MARTINEZ
23                                        UNITED STATES DISTRICT JUDGE

ORDER DISMISSING FEDERAL
HABEAS ACTION - 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER DISMISSING FEDERAL
HABEAS ACTION - 2